STATE of Missouri, Respondent,

v.

George J. HUFFMAN, Appellant.

No. WD 75644.

Missouri Court of Appeals,
Western District.

Jan. 14, 2014.

Andrew C. Hooper, Jefferson City, MO, for appellant.

Margaret M. Johnston, Columbia, MO, for respondent.

Before Division One: ALOK AHUJA, P.J., and THOMAS H. NEWTON and ANTHONY REX GABBERT, JJ.

## ORDER

PER CURIAM:

Following a jury trial, Appellant George Huffman was convicted of domestic assault in the second degree in the Circuit Court of Buchanan County. Huffman was sentenced as a persistent domestic violence offender to a term of twelve years' imprisonment. Huffman appeals, claiming that the trial court erred in allowing the victim, Huffman's girlfriend, to testify regarding other bruises she had at the time of the charged assault. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Michael E. BOYD, Appellant.

No. WD 75706.

Missouri Court of Appeals,
Western District.

Jan. 14, 2014.

Karen L. Kramer Jefferson City, for appellant.

Samuel E. Buffaloe, Columbia, MO, for respondent.

Before Division Three: KAREN KING MITCHELL, Presiding Judge, LISA WHITE HARDWICK and GARY D. WITT, Judges.

## ORDER

PER CURIAM.

Michael Boyd appeals from his convictions for second-degree burglary and felony stealing after he broke into a grocery store and took several items. He contends the court erred in admitting five photographs of screen shots from the store's surveillance video. Boyd also asserts that the court plainly erred in failing to intervene, *sua sponte,* when a police officer alluded to the fact that he was investigating Boyd for an unrelated crime. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the convictions.

AFFIRMED. Rule 30.25(b).